# EXHIBIT A

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

ROBERT HALDEMAN
6244 NEW MILL TRAIL
ACWORTH GA 30102
Plaintiff(s)

vs.

GCYE SYSTEMS GROUP
5835 PEACHTREE CORNERS EAST STE(A)
NORCROSS, GA 30092
Defendant(s)

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770.822.8100, Ext. Civil Division)

Civil Action No. 14-M-14623

INFO & FORMS ON INTERNET
www.gwinnettcourts.com
E-mail: mag@gwinnettcounty.com

## STATEMENT OF CLAIM

Telephone (Daytime number if known, otherwise, evening number)

[ ] Suit on Note    [ ] Suit on Account    [X] Other OVERTIME, VACATION PAY, PROPERTY

1. The Court has jurisdiction over the defendant(s) [X] the Defendant(s) is a resident of Gwinnett County;  [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is/are indebted to the Plaintiff as follows: (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim)

FAILURE TO PAY ACCRUED VACATION PAY.
FAILURE TO PROCESS PAPERWORK TO COLLECT SHORT TERM DISABILITY.
LOSS OF PERSONAL PROPERTY.
FAILURE TO PAY OVERTIME PER LAW.

3. That said claim is in the amount of: $ 15,000 principal, $ _____ interest, plus $ 103.10 costs to date, and all future costs of this suit.

State of Georgia, Gwinnett County:

ROBERT HALDEMAN being duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

6 day of May 20 14

Plaintiff or Agent

(If Agent -- Title or Capacity)

Day Time Phone Number

Notary Public/Attesting Official

I request a civil trial [ ] during normal business hours  - OR -  [ ] 6:30 PM, evening trials.  ALL CONFLICTS ARE SCHEDULED FOR 6:30 PM.

### NOTICE AND SUMMONS

TO: All Defendant(s)
You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained from the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period.  NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff, you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff's claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

Filed this 6 day of May 20 14

Magistrate or Deputy Clerk of Court

See Instructions on Reverse Side of This of this Document

Q:\Magforms\MAG 10 Civil Filing\Statement Of Claims Mag.10-01    White--MAGISTRATE   Yellow--DEFENDANT   Pink--PLAINTIFF    Aug 10

CIVIL ACTION NO. 14-M-14623

DATE FILED 5/6/14

ATTORNEY OR PLAINTIFF(s), ADDRESS & TELEPHONE NUMBER

ROBERT HALDEMAN
6244 NEW Mill TRA-L
ACWORTH, GA. 30102
(704).806-8796

NAME, ADDRESS & TELEPHONE # OF PARTY TO BE SERVED

GC&E SYSTEMS GROUP
5835 PEACHTREE CORNERS EAST SUITE (A)
NORCROSS, GA 30092
C/O DAN O'SULLIVAN

[ ] MAGISTRATE [ ] STATE [ ] SUPERIOR - COURT
GWINNETT COUNTY, GEORGIA

ROBERT HALDEMAN

PLAINTIFF(S)
VS.

GC&E SYSTEMS GROUP

DEFENDANT(S)

GARNISHEE

Other attached documents to be served:

**SHERIFF'S ENTRY OF SERVICE**

I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

[ ] **PERSONAL** Upon the following named defendant:

[ ] **NOTORIOUS** Upon defendant _____
By leaving a copy of the action and summons at the most notorious place of abode in the county.

Delivered the same to _____ described as follows: approximate age ____ yrs; approximate weight ____ pounds; approximate height ____ feet and ____ inches, domiciled at residence of the defendant.

[X] **CORPORATION** Upon corporation GC&E Systems Group
By serving Dan O'Sullivan (Owner), in charge of the office and place of business of the corporation in this county.
By serving Dan O'Sullivan, its registered agent.

[ ] **TACK & MAIL** By posting a copy of the same to the door of the premises designated in the affidavit and/or summons, and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons.

[ ] **NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

This 12 day of MAY, 2014.

SHERIFF DOCKET ____ PAGE ____
TIME: 1236 P.M.

P. Collins 500
DEPUTY

Q:\ Magforms\Forms\MAG 10-10 Sheriff's Entry of Service