UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT HALDERMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>GC&E SYSTEMS GROUP,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-1739-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE,** pursuant to Federal Rule of Civil Procedure 41(b), failure to prosecute.

Dated at Atlanta, Georgia, this 5th day of November, 2014.

            JAMES N. HATTEN
            CLERK OF COURT

            By: s/Cynthia Mercado
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
 November 5, 2014
James N. Hatten
Clerk of Court

By: s/Cynthia Mercado
   Deputy Clerk