# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBERT HALDEMAN,<br><br>      Plaintiff,<br><br>vs.<br><br>GC&E SYSTEMS GROUP,<br><br>      Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-1739-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE,** pursuant to Federal Rule of Civil Procedure 41(b), failure to prosecute.

Dated at Atlanta, Georgia, this 5th day of November, 2014.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                                   By:   s/Cynthia Mercado
                                               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  November 5, 2014
James N. Hatten
Clerk of Court

By: s/Cynthia Mercado
       Deputy Clerk